■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCILLE ADAMS, Appellant. [644 NYS2d 1000] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (DeLury, J.), rendered February 15, 1994, convicting her of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by

the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit or harmless. Miller, J. P., O'Brien, Goldstein and McGinity, JJ., concur.